| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Bolton, Susan R | 2. Court or Organization<br><br>U.S. District Court, Arizona | 3. Date of Report<br><br>5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>401 W. Washington St., SPC 50<br>Suite 522<br>Phoenix, AZ 85003 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Secretary | Organizational Diagnostics LLC (family owned company) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |

RECEIVED MAY 10 10 09 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Arizona Elected Officials Retirement Plan | 39,921 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Organizational Diagnostics, L.L.C. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sonoma National Bank, CA | Mortgage on one-half interest in office codominium (Pt. VII line 13) | K |
| 2. | Merrill Lynch Single Premium Life | Cash value loan | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IBM common stock | A | Dividend | L | T | | | | | |
| 2. Merrill Lynch Bank USA | B | Interest | M | T | | | | | |
| 3. Bank of America, Arizona | A | Interest | J | T | | | | | |
| 4. Merrill Lynch Single Premium Life-Insurance | | None | K | T | | | | | |
| 5. Philadelphia Life Insurance Company-Insurance | | None | K | T | | | | | |
| 6. U.S. Savings Bonds | | None | N | T | | | | | |
| 7. Oakhurst Managed Assets-Mutual Fund | A | Dividend | K | T | | | | | |
| 8. MLF Retirement Plus-Annuity | | None | M | T | | | | | |
| 9. Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. Allianz Franklin-Annuity | | None | K | T | | | | | |
| 11. Nelson II Freeway Limited Partnership | | None | J | W | | | | | |
| 12. Sasser Interest Limited Partnership | | None | L | W | | | | | |
| 13. Office condo (1/2 interest), Phx, AZ (see part VII) | D | Rent | M | R | | | | | |
| 14. Merrill Lynch Basic Retirement Plan-Profit Sharing | D | Dividend & I | N | T | | | | | |
| 15. --First Midwest Bank CD | | | | | | | | | |
| 16. --Flagstar Bank CD | | | | | | | | | |
| 17. --Treasury Bank CD | | | | | | | | | |
| 18. --Hudson United Bank CD | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --US Treas. Inflation Note | | | | | | | | | |
| 20. --Florida Comm. Bank CD | | | | | buy | 10/12 | K | | |
| 21. --U.S. Treasury Note | | | | | | | | | |
| 22. --Resolution Funding Corp. Zero Coupon Bond | | | | | | | | | |
| 23. --ML Eurofund-mutual fund | | | | | | | | | |
| 24. --ML International Equity-mutual fund | | | | | sell | 12/02 | K | | |
| 25. --Putnam New Opportunities-mutual fund | | | | | | | | | |
| 26. Merrill Lynch Basic Retirement Plan-Money Purchase | D | Dividend & I | N | T | | | | | |
| 27. --Freescale Semiconductor (see part VIII) | | | J | T | | 12/08 | | | |
| 28. --US Treasury Inflation Notes (2) | | | | | | | | | |
| 29. --US Treasury Inflation Note | | | | | buy | 10/08 | J | | |
| 30. --Flordia Comm Bank CD | | | | | buy | 10/12 | K | | |
| 31. --Price Legacy common stock(formerly Excel Legacy) | | | | | sell | 11/29 | J | | |
| 32. --Motorola common stock | | | | | | | | | |
| 33. --Vodafone common stock | | | | | | | | | |
| 34. --Pacific Bell Note | | | | | redeemed | 7/15 | K | | |
| 35. --ML Global Allocation Mutual Fund | | | | | | | | | |
| 36. --US Treasury Inflation Note | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000   HI = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:           J = $15,000 or less      K = $15,001-$50,000     L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000   PI = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                          P3 = $25,000,001-$50,000,000               P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment        T = Cash/Market
   (See Column C2)        U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. --Resolution Funding Corp-zero coupon bond | | | | | | | | | |
| 38. --US Treasury-zero coupon bond | | | | | | | | | |
| 39. --Financing Corp.- zero coupon bond | | | | | | | | | |
| 40. Merrill Lynch IRA | B | Dividend & I | M | T | | | | | |
| 41. --ML Bank USA | | | | | | | | | |
| 42. --US Treasury zero coupon bonds | | | | | | | | | |
| 43. --Pepsico common stock | | | | | | | | | |
| 44. --Yum Brands common strock | | | | | | | | | |
| 45. --Petsmart common stock | | | | | | | | | |
| 46. --Wal-Mart common stock | | | | | | | | | |
| 47. --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 48. --US Treasury Inflation Note | | | | | buy | 10/08 | J | | |
| 49. --Washington Trust CD | | | | | | | | | |
| 50. Fidelity Equity Income Fund | A | Dividend | J | T | | | | | |
| 51. Fidelity Magellan mutual fund | A | Dividend | K | T | | | | | |
| 52. Fidelity Value mutual fund | A | Dividend | K | T | | | | | |
| 53. Fidelity Asset Manager mutual fund | A | Dividend | J | T | | | | | |
| 54. Fidelity Puritan mutual fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Janus Balanced mutual fund | A | Dividend | J | T | | | | | |
| 56. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 57. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 58. Vanguard Prime Cap Fund | A | Dividend | J | T | | | | | |
| 59. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 60. Vanguard Profit Sharing Plan | A | Dividend & I | J | T | | | | | |
| 61. --Total Stock Market Index Fund | | | | | | | | | |
| 62. --Growth Index Fund | | | | | | | | | |
| 63. Vanguard IRA | A | Dividend | J | T | | | | | |
| 64. --Growth Index Fund | | | | | | | | | |
| 65. Vanguard IRA | A | Dividend | J | T | | | | | |
| 66. --Total Stock Market Fund | | | | | | | | | |
| 67. Central AZ Water Conservation Dist. Muni Bond | | None | K | T | | | | | |
| 68. AZ Dept. of Transportation Muni Bond | | None | | | redeemed | 7/1 | K | | |
| 69. Maricopa Cty Gilbert School Dist. Bond | | None | | | redeemed | 1/02 | J | | |
| 70. Gilbert AZ Public Facility Muni Bond | A | Interest | K | T | | | | | |
| 71. Maricopa Cty. Hospital Dist. #1 Muni Bond | A | Interest | | | redeemed | 6/01 | J | | |
| 72. Salt River Project Muni Bond | | None | | | redeemed | 1/02 | J | | |

| 1. Income/Gain Codes: | A = $1.000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Maricopa Cty.School No 40 Glendale Muni Bond | | None | J | T | | | | | |
| 74. Merrillville IN muni bond zero coupon | | None | K | T | | | | | |
| 75. Intermountain Power Agency Muni Bond zero coupon | | None | K | T | | | | | |
| 76. Illinois DFA zero coupon muni bond | | None | K | T | | | | | |
| 77. Ten acres, Oroville, CA (1972, $5,000) | | None | J | R | | | | | |
| 78. Arizona Elected Officials Retirement Plan | E | pension | M | T | | | | | |
| 79. Arizona State Retirement System | | None | L | T | | | | | |
| 80. Keyport Keyannuity | | None | M | T | | | | | |
| 81. Keyport Keyannuity | | None | L | T | | | | | |
| 82. Merrill Lynch IRA | C | Dividend & I | N | T | | | | | |
| 83. --MLBankUSA | | | | | | | | | |
| 84. --US Treasury zero coupon bonds | | | | | | | | | |
| 85. --US Treasury Inflation Notes (2) | | | | | buy | 10/08 | K | | |
| 86. --First Midwest Bank CD | | | | | | | | | |
| 87. --Pepsico common stock | | | | | | | | | |
| 88. --Yum Brands common stock | | | | | | | | | |
| 89. --Wal-Mart common stock | | | | | | | | | |
| 90. --Oppenheimer Income Trust mutual fund | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B) and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 91.  --Treasury Bank CD's (2) | | | | | | | | | |
| 92.  --CD MBNA Bank | | | | | redeemed | 8/23 | K | | |
| 93.  --US Treasury Inflation Note | | | | | | | | | |
| 94.  Maricopa Cty Hosp. Dist. #1 | | None | K | T | | | | | |
| 95.  Maricopa Cty School Dist #014 Creighton | | None | J | T | | | | | |
| 96.  U.S. Savings Bonds | | | | | | | | | |
| 97.  U.S. Savings Bonds | | | | | | | | | |
| 98.  U.S. Savings Bonds | | | | | | | | | |
| 99.  U.S. Saving Bonds | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bolton, Susan R | 5/6/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII - #13 - Office Condo 1/3 interest purchased in 1994 for $60,000.  Additional 1/6 interest purchased from co-tenant in 2004 for $30,000.

VII - #27 - Freescale Semiconductor shares were issued to Motorola shareholders by Motorola.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bolton, Susan R | 5/6/2005 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date May 6, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544